IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRODERICK LASWELL                                                                   PLAINTIFF

v.                                    Civil No. 08-5094

SHERIFF KEITH FERGUSON; and
CAPTAIN HUNTER PETRAY                                                               DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Broderick Laswell, filed this civil rights action on April 25, 2008. He proceeds *pro se* and *in forma pauperis*.

On June 10, 2008, an order was entered directing service of the complaint on the defendants (Doc. 6). On June 24, 2008, plaintiff filed a motion to dismiss this case (Doc. 7).

I therefore recommend that the plaintiff be allowed to voluntarily dismiss this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of June 2008.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)