```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

BRODERICK LASWELL                                         PLAINTIFF

    v.                     No. 08-5094

SHERIFF KEITH FERGUSON and
CAPT. HUNTER PETRAY                                      DEFENDANTS

### ORDER

Now on this 2nd day of July, 2008, comes on for consideration the Report and Recommendation filed herein on June 25, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8.) The defendants have filed a response stating that they have no objection to the plaintiff's Motion to Dismiss (Doc. 7) or to the Report and Recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's **Motion to Dismiss (Doc. 7)** is **GRANTED** and plaintiff's complaint is **DISMISSED**.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**